# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KENSEY JONES

VERSUS

THE KANSAS CITY SOUTHERN
RAILWAY COMPANY AND ABC
INSURANCE COMPANY I

NO.   2025 CW 0605

**AUGUST 22, 2025**

---

In Re:   The Kansas City Southern Railway Company, applying for
supervisory writs, 19th Judicial District Court, Parish
of East Baton Rouge, No. 737591.

---

**BEFORE:   THERIOT, PENZATO, AND BALFOUR, JJ.**

   **WRIT DENIED.**

                                   **MRT**
                                   **KEB**

   **Penzato, J.,** dissents.  I find the trial court abused its
discretion in holding that defendant, The Kansas City Southern
Railway Company, "acquiesced" to this case remaining in East Baton
Rouge Parish.  Although defendant cooperated with discovery and
pretrial matters in accordance with the orders of the district
court, it filed this motion within a reasonable time after other
exceptions were ruled upon and after obtaining discovery regarding
plaintiff's domicile, a factor to be considered in an analysis of
forum non conveniens.  There is no dispute the parties and
witnesses are located and/or work in or near Caddo Parish, and
this incident happened in Caddo Parish.  The convenience of the
parties and witnesses, as well as the interest of justice, require
this case to be heard in the First Judicial District Court for the
Parish of Caddo.  See La. Code Civ. P. art. 123; see also **Holland
v. Lincoln General Hospital**, 2010-0038 (La. 10/19/10), 48 So.3d
1050. I would grant the writ, grant the Motion to Transfer Pursuant
to Forum Non Conveniens filed by defendant and remand this matter
with instructions to transfer the matter to the First Judicial
District Court for the Parish of Caddo.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT